IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APRIL NICOLE PITCHFORD,<br><br>Defendant. | DOCKET NO. 3:18-cr-154-RJC-DSC<br><br>**NOTICE OF APPEAL** |

April Pitchford, by and through undersigned counsel, hereby gives notice pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure that she is appealing to the United States Court of Appeals for the Fourth Circuit both the conviction and sentence imposed by the Honorable Robert J. Conrad, Jr., and filed on December 31, 2019.

In addition, since the plea agreement limits Ms. Pitchford's rights to appeal to claims of ineffective assistance of counsel and prosecutorial misconduct, Ms. Pitchford requests new counsel be appointed for her appeal in order to allow her to make those claims on appeal.

Respectfully submitted:

s/ Erin K. Taylor
Erin K. Taylor
NC Bar No. 34238
Attorney for April Pitchford
Federal Public Defender -Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704)374-0722 (fax)
Erin_Taylor@fd.org

1

DATE: January 6, 2020