IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00154-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| APRIL NICOLE PITCHFORD | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Notice of Withdrawal of Request for Restitution. (Doc. No. 50).

At the sentencing hearing, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 33: Judgment at 6). The government has now informed the Court that the victim, who would be eligible for restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A, no longer seeks restitution in this case. (Doc. No. 50 at 1). Accordingly, pursuant to 18 U.S.C. § 3664(e), the Court finds that the amount of restitution in this case is $0.

**IT IS THEREFORE ORDERED** that the Judgment, (Doc. No. 33), shall be amended to include a final restitution figure of $0.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: April 28, 2020

Robert J. Conrad, Jr.
United States District Judge