UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-00154-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| APRIL NICOLE PITCHFORD | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to be resentenced. (Doc. No. 58).

The defendant, who contests her conviction for sexual exploitation of a child, has not stated a valid basis for the requested relief. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 58), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant and the United States Attorney.

Signed: May 1, 2023

Robert J. Conrad, Jr.
United States District Judge